No. 623. GAPINSKI *v.* NIERSTHEIMER, WARDEN. November 12, 1946. Petition for writ of certiorari to the Criminal Court of Cook County, Illinois, denied.

No. 627. MORRIS *v.* RAGEN, WARDEN. November 12, 1946. Petition for writ of certiorari to the Supreme Court of Illinois denied.

No. 629. VINCENT *v.* ILLINOIS. November 12, 1946. Petition for writ of certiorari to the Supreme Court of Illinois denied.

No. 630. QUINN *v.* ILLINOIS. November 12, 1946. Petition for writ of certiorari to the Circuit Court of Will County, Illinois, denied.

No. 631. WOODWARD *v.* ILLINOIS. November 12, 1946. Petition for writ of certiorari to the Supreme Court of Illinois denied.

No. 634. RITTON *v.* PENNSYLVANIA BOARD OF PAROLE. November 12, 1946. Petition for writ of certiorari to the Supreme Court of Pennsylvania denied.

No. 647. SHEETS *v.* RAGEN, WARDEN. November 12, 1946. Petition for writ of certiorari to the Circuit Court of Will County, Illinois, denied.